PER CURIAM.

(No. 74-CC-330—Claimant )

ILLINOIS STATE UNIVERSITY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 20, 1974.*

OFFICE OF THE BURSAR, for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W.

FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.